RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Victor Hugo Garcia-Dominguez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

VICTOR HUGO GARCIA-DOMINGUEZ,

Defendant.

Case No. 2:26-mj-00308-DJA

**STIPULATION TO CONTINUE PRELIMINARY HEARING**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Victor Hugo Garcia-Dominguez, that the Preliminary Hearing currently scheduled on August 10, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties have entered negotiations and need the additional time to resolve this matter. Defense counsel has been meeting with Mr. Garcia-Dominguez regularly to discuss his case.

2. Defendant is in custody and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 17th day of July, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Acting United States Attorney |
| By *<u>/s/ Rick Mula</u>* | By *<u>/s/ Clay Plummer</u>* |
| RICK MULA<br>Assistant Federal Public Defender | CLAY PLUMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VICTOR HUGO GARCIA-DOMINGUEZ,<br>Defendant. | Case No. 2:26-mj-00308-DJA<br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 10, 2026 at the hour of 4:00 p.m., be vacated and continued to **November 9, 2026** at the hour of 4:00 p.m.

DATED this 20th day of July, 2026.

UNITED STATES MAGISTRATE JUDGE