RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Victor Hugo Garcia-Dominguez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

VICTOR HUGO GARCIA-DOMINGUEZ,

Defendant.

Case No. 2:26-mj-00308-DJA

**STIPULATION TO CONTINUE PRELIMINARY HEARING**
(Second Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Victor Hugo Garcia-Dominguez, that the Preliminary Hearing currently scheduled on November 9, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The Court has set a change of plea and sentencing for November 16, 2026. The parties intend to continue the preliminary hearing to a date past the change of plea and sentencing. Presumably, the change of plea and sentencing will eliminate the need for the preliminary hearing.

2. Defendant is in custody and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 8th day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Rick Mula*
RICK MULA
Assistant Federal Public Defender

TODD BLANCHE
Attorney General

By */s/ Clay Plummer*
CLAY PLUMMER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

VICTOR HUGO GARCIA-DOMINGUEZ,

Defendant.

Case No. 2:26-mj-00308-DJA

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on November 9, 2026 at the hour of 4:00 p.m., be vacated and continued to **December 9, 2026, at 4:00 p.m.**

DATED this 8th day of October, 2026.

______________________________

UNITED STATES MAGISTRATE JUDGE